UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BLUE BUFFALO COMPANY, LTD.,

Plaintiff/Counterclaim Defendant,

Case No. 4:15-cv-384-RWS

v.

NESTLÉ PURINA PETCARE COMPANY,

Defendant/Counterclaim Plaintiff.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Blue Buffalo

Company, Ltd. ("Blue Buffalo") and Nestlé Purina PetCare Company ("Purina") hereby stipulate

(1) that all claims and causes of action asserted by Blue Buffalo against Purina in the above

entitled and numbered action be, and hereby are, dismissed with prejudice; and (2) that all claims

and causes of action asserted by Purina against Blue Buffalo in the above entitled and numbered

action be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and

attorneys' fees.

Dated: November 3, 2016

By:  */s/ Carmine Zarlenga*

Carmine R. Zarlenga 386244DC (*Lead attorney*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3227
Facsimile: (202) 263-5227
Keri E. Borders (*pro hac vice*)
MAYER BROWN LLP

By:  */s/ Steven A. Zalesin*

Steven A. Zalesin, *Lead Counsel* (pro hac vice)
Adeel A. Mangi (pro hac vice)
Jonah M. Knobler (pro hac vice)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: 212-336-2000
Facsimile: 212-336-2222

350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: 213-229-9500
Fax: 213-625-0248

Richard M. Assmus (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

David A. Roodman, #38109
BRYAN CAVE LLP
211 North Broadway #3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Gerard T. Carmody, # 24769
Sarah J. Klebolt, # 60849
CARMODY MACDONALD P.C.
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105
Telephone: 314-854-8600
Fax: 314-854-8660

Larry Miller, Esq. (*of counsel*)
Blue Buffalo Company, Ltd.
11 River Road
Wilton, CT 06897

*Attorneys for Nestlé Purina Petcare Company*    *Attorneys for Blue Buffalo Company Ltd.*


IT IS SO ORDERED


RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE